IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DAVID,

        Plaintiff,                No. 2:12-cv-0353 EFB P

    vs.

MARSH,

        Defendant.         <u>ORDER</u>

_____/

       Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On June 26, 2012, the court dismissed plaintiff's complaint for failure to include plaintiff's signature as required by Rule 11 of the Federal Rules of Civil Procedure. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in this action being dismissed. The 30-day period has expired and plaintiff has not filed an amended complaint.

////

1

1       Accordingly, it is hereby ORDERED that this action is DISMISSED. Fed. R. Civ. P.

2 41(b).

3 Dated: August 7, 2012.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE